IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-00343-EWN-02

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GLEN WILLIAM ROBELEN,

        Defendant.

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

IT IS ORDERED that Defendant, GLEN WILLIAM ROBELEN, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself to the Federal Correctional Institution, Beaumont, Texas, by reporting to the warden, on January 25, 2006, by noon.  Travel will be at his own expense.

DATED at Denver, Colorado, this 19th day of January, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge